1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   No. 13-397 JAM
                                       )
11                  Plaintiff,         )   STIPULATION AND ORDER TO CONTINUE
                                       )   STATUS CONFERENCE TO FEBRUARY 25,
12       v.                            )   2014, AT 9:45 A.M.
                                       )
13  MICHAEL REA,                       )   Date:    February 11, 2014
                                       )   Time:    9:45 a.m.
14                  Defendant.         )   Judge:   Hon. John A. Mendez
                                       )
15  _____)

16       The parties stipulate, through respective counsel, that the Court should vacate the status

17  conference presently set, and reschedule this case for status conference on February 25, 2014, at

18  9:45 a.m.

19       Defense counsel and Mr. Rea require further time to confer regarding discovery, and to

20  conduct investigation.

21       For these reasons, counsel and the defendant agree that the Court should exclude the time

22  from the date of this order through February 25, 2014, when it computes the time within which

23  trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local

24  Code T4.

25  / / /

26  / / /

27  / / /

28

    Stipulation to Continue              -1-                              13-397 JAM

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED: February 7, 2014                    HEATHER E. WILLIAMS
                                                 Federal Defender
4
                                                 /s/ M.Petrik_____
5                                                MICHAEL PETRIK, Jr.
                                                 Assistant Federal Defender
6

7    DATED: February 7, 2014                    BENJAMIN B. WAGNER
                                                 United States Attorney
8
                                                 /s/ M.Petrik for_____
9                                                MATTHEW G. MORRIS
                                                 Assistant U.S. Attorney
10

11                              **O R D E R**

12        The Court, having received, read, and considered the stipulation of the parties, and good

13   cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

14   that the failure to grant a continuance in this case would deny defense counsel reasonable time

15   necessary for effective preparation, taking into account the exercise of due diligence.  The Court

16   finds that the ends of justice served by granting the continuance outweigh the best interests of the

17   public and defendants in a speedy trial.

18        The Court orders the status conference rescheduled for February 25, 2014, at 9:45 a.m.

19   The Court orders the time from the date of the parties stipulation, up to and including February

20   25, 2014, excluded from computation of time within which the trial of this case must commence

21   under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

22   DATED: 2/7/2014

23                                               /s/ John A. Mendez_____
                                                 HON. JOHN A. MENDEZ
24                                               United States District Court Judge

25

26

27

28

Stipulation to Continue                          -2-                              13-397 JAM