HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 13-397 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:   April 29, 2014 |
| MICHAEL REA, | ) ) | Time:   9:45 a.m. Judge:  Hon. John A. Mendez |
| Defendant. | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should vacate the status conference presently set for February 25, 2014, and reschedule this case for status conference on April 29, 2014, at 9:45 a.m.

Defense counsel and Mr. Rea require further time to confer regarding discovery, and to conduct investigation.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through April 29, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

1    Counsel and the defendant also agree that the ends of justice served by the Court granting
2 this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3 DATED: February 19, 2014                HEATHER E. WILLIAMS
                                          Federal Defender
4
5                                         /s/ M.Petrik_____
                                          MICHAEL PETRIK, Jr.
6                                         Assistant Federal Defender

7 DATED: February 19, 2014                BENJAMIN B. WAGNER
                                          United States Attorney
8
9                                         /s/ M.Petrik for_____
                                          MATTHEW G. MORRIS
10                                        Assistant U.S. Attorney

11                                   **O R D E R**

12    The Court, having received, read, and considered the stipulation of the parties, and good
13 cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds
14 that the failure to grant a continuance in this case would deny defense counsel reasonable time
15 necessary for effective preparation, taking into account the exercise of due diligence.  The Court
16 finds that the ends of justice served by granting the continuance outweigh the best interests of the
17 public and defendants in a speedy trial.

18    The Court orders the status conference rescheduled for April 29, 2014, at 9:45 a.m.  The
19 Court orders the time from the date of the parties stipulation, up to and including April 29, 2014,
20 excluded from computation of time within which the trial of this case must commence under the
21 Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

22 DATED: 2/19/2014

23                                        /s/ John A. Mendez_____
                                          HON. JOHN A. MENDEZ
24                                        United States District Court Judge