1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )   No. 13-397 JAM
                                        )
11                  Plaintiff,          )   STIPULATION AND  ORDER TO CONTINUE
                                        )   STATUS CONFERENCE TO AUGUST 5,
12          v.                          )   2014, AT 9:30 A.M.
                                        )
13  MICHAEL REA,                        )   Date:   July 8, 2014
                                        )   Time:   9:30 a.m.
14                  Defendant.          )   Judge:  Hon. John A. Mendez
                                        )
15  _____    )

16          The parties stipulate, through respective counsel, that the Court should vacate the status

17  conference presently set, and reschedule this case for status conference on August 5, 2014, at

18  9:30 a.m.

19          Defense counsel and Mr. Rea require further time to confer regarding discovery, and to

20  conduct investigation.  The parties also require further time to formalize a potential resolution in

21  this matter.

22          For these reasons, counsel and the defendant agree that the Court should exclude the time

23  from the date of this order through August 5, 2014, when it computes the time within which trial

24  must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code

25  T4.

26  / / /

27  / / /

28

Stipulation to Continue                    -1-                              13-397 JAM

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED: July 2, 2014                    HEATHER E. WILLIAMS
                                            Federal Defender
4
5                                           /s/ M.Petrik_____
                                            MICHAEL PETRIK, Jr.
6                                           Assistant Federal Defender

7    DATED: July 2, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney
8
9                                           /s/ M.Petrik for_____
                                            MATTHEW G. MORRIS
10                                          Assistant U.S. Attorney

11                                  **O R D E R**

12    The Court, having received, read, and considered the stipulation of the parties, and good

13    cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

14    that the failure to grant a continuance in this case would deny defense counsel reasonable time

15    necessary for effective preparation, taking into account the exercise of due diligence.  The Court

16    finds that the ends of justice served by granting the continuance outweigh the best interests of the

17    public and defendants in a speedy trial.

18    The Court orders the status conference rescheduled for August 5, 2014, at 9:30 a.m.  The

19    Court orders the time from the date of the parties stipulation, up to and including August 5, 2014,

20    excluded from computation of time within which the trial of this case must commence under the

21    Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

22    DATED:  7/2/ 2014

23                                           /s/ John A. Mendez_____
                                            HON. JOHN A. MENDEZ
24                                          United States District Court Judge

25

26

27

28