1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL REA,                          No. 2:13-cr-00397-JAM-CKD-1

12                    Movant,

13        v.                               FINDINGS AND RECOMMENDATIONS

14   UNITED STATES OF AMERICA,

15                    Respondent.

16

17        By amended order filed June 26, 2019, movant was granted thirty days leave to file a

18   motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  On July 24,

19   2019, movant was granted an additional thirty-day extension of time.  That extended thirty-day

20   period has now expired, and movant has not responded to the court's order.

21        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23        These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, petitioner may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

27   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

28   /////

                                              1

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

F.2d 1153 (9th Cir. 1991).

Dated:  September 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rea0397.fta.hab.docx