UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REA,<br><br>                Movant,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | No. 2:13-cr-00397-JAM-CKD-A<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, requested an extension of time to file a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2019, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. Movant has not filed objections to the findings and recommendations or otherwise filed a motion to vacate, set aside, or correct his sentence within the time permitted.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having

reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 26, 2019, are adopted in full;

2. This action is dismissed without prejudice based on movant's failure to file a collateral attack motion within the time permitted by the court's prior order.

3. The court denies a certificate of appealability referenced in 28 U.S.C. § 2253 as unnecessary in this case; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:19-cv-01130-JAM-CKD.

DATED: December 4, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE